STATE OF NEW JERSEY v. LEONARD COLLINS.

November 6, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. JASPER SHACKLEFORD.

November 6, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BLOOM.

November 6, 1978.  Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. DENNIS MUSTO.

November 6, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS GIBSON.

November 6, 1978.  Petition for certification denied. (See 156 *N. J. Super.* 516)